**Order entered January 23, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01512-CR

### EX PARTE JOHN KENT MATHIS

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-11-217-C**

## ORDER

On December 9, 2014, this Court sent the trial court a letter stating that we had not received the trial court's certification of appellant's right to appeal. We directed the Court to file, within ten days, a certification of appellant's right to appeal. To date we have not received the certification, which is required in every case in which a defendant appeals. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

Accordingly, we **ORDER** the trial court to prepare and file, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Brett Hall, Presiding Judge, 382nd Judicial District Court; Kay McDaniel, Rockwall County District Clerk; John Kent Mathis; and the Rockwall County District Attorney's Office.

/s/     MOLLY FRANCIS
          PRESIDING JUSTICE